**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISIAS HUERTA MARTINEZ,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. EDCV 26-5183 SSS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Respondent's notice of no objection to the R. & R. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondent is ORDERED to immediately release Petitioner **Isias Huerta Martinez, A Number: 221462907**, unless Petitioner is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) within **seven (7)** days of the date of this order;

(2) If a bond hearing is held, Respondent shall bear the burden at the hearing of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk;

(3) Respondent is ORDERED to file a notice of compliance advising how it complied with the District Court's Order within seven days;

(4) the parties are ORDERED to file a joint status report within seven days informing the Court of the outcome of any bond hearing, whether any issues remain, and the parties' positions on whether additional briefing is needed on any remaining issues. If so, the parties shall within the same seven days submit a proposed briefing schedule. If not, Petitioner shall within the same seven days file a motion for voluntary dismissal or the parties shall submit a stipulated judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner and counsel for Respondent.

DATED: September 29, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE